UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV09-01690-WDK(FMOx) | Date | April 14, 2010 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Gustavo Alejandro Salazar  et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**        (IN CHAMBERS) ORDER

     Plaintiff J&J Sports Productions, Inc. filed its Complaint on September 4, 2009.  Plaintiff has not served any defendant with a copy of the Complaint.  Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time." **Fed.R.Civ.P**. 4(m).  The service deadline may be extended upon a showing of "good cause" by Plaintiff.  *Id.*

     Within ten (10) days of this Order, Plaintiff is ordered to show cause in writing why the case should not be dismissed for a violation of Rule 4(m).  Failure to respond to this OSC will result in the action being dismissed.

IT IS SO ORDERED.

                                                                               :

Initials of Preparer    PG